In the Matter of the Application of INTER-CITY ASSOCIATES, INC., Appellant, to Quash Subpœna Duces Tecum in a Proceeding Entitled THE PEOPLE OF THE STATE OF NEW YORK *v.* JOHN DOE. THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

Argued June 6, 1955; decided June 10, 1955.

*Samuel L. Meltz* for appellant.

*T. Vincent Quinn, District Attorney* (*Lawrence Peirez* and *Eugene S. McQuade* of counsel), for respondent.

*Per Curiam.* Inasmuch as this application to quash a subpœna duces tecum was made in the Supreme Court, it is a civil proceeding, and is accordingly appealable (*People* v. *" Doe "* [*Byk*], 247 App. Div. 324, affd. 272 N. Y. 473; *Matter of Ryan* [*Hogan*], 306 N. Y. 11; Civ. Prac. Act, § 588, subd. 1, par. [a]).

The Appellate Division has dismissed the appeal, but in its opinion stated that if it " had jurisdiction to entertain the appeal

on the merits, it would affirm the order ''. We agree that the Special Term order should be affirmed (*Matter of Manning* v. *Valente,* 272 App. Div. 358, affd. 297 N. Y. 681; *Matter of Mohawk Overall Co.,* 210 N. Y. 474, motion to dismiss granted 235 U. S. 685).

Accordingly, the order of the Appellate Division should be reversed and that of Special Term affirmed, with directions to Special Term to fix a new return date.

CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ., concur.

Ordered accordingly.